FILED: August 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1541
(1:18-cv-01034-LCB-LPA)

---

NORTH CAROLINA STATE CONFERENCE OF THE NAACP; CHAPEL HILL-CARRBORO NAACP; GREENSBORO NAACP; HIGH POINT NAACP; MOORE COUNTY NAACP; STOKES COUNTY BRANCH OF THE NAACP; WINSTON SALEM-FORSYTH COUNTY NAACP

Plaintiffs - Appellants

v.

FRANCIS X. DE LUCA, in his official capacity as Chair of the North Carolina State Board of Elections; STACY EGGERS, IV, in his official capacity as Secretary of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as a Member of the North Carolina State Board of Elections; ANGELA HAWKINS, in her official capacity as a Member of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in her official capacity as a Member of the North Carolina State Board of Elections

Defendants - Appellees

and

PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; DESTIN C. HALL, in his official capacity as Speaker of the North Carolina House of Representatives

Intervenors – Appellees

# O R D E R

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 09/30/2026

Opening brief due: 09/30/2026

Response brief due: 10/30/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk