FILED: October 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1541
(1:18-cv-01034-LCB-LPA)

---

NORTH CAROLINA STATE CONFERENCE OF THE NAACP; CHAPEL HILL-CARRBORO NAACP; GREENSBORO NAACP; HIGH POINT NAACP; MOORE COUNTY NAACP; STOKES COUNTY BRANCH OF THE NAACP; WINSTON SALEM-FORSYTH COUNTY NAACP

Plaintiffs - Appellants

v.

FRANCIS X. DE LUCA, in his official capacity as Chair of the North Carolina State Board of Elections; STACY EGGERS, IV, in his official capacity as Secretary of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as a Member of the North Carolina State Board of Elections; ANGELA HAWKINS, in her official capacity as a Member of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in her official capacity as a Member of the North Carolina State Board of Elections

Defendants - Appellees

and

PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; DESTIN C. HALL, in his official capacity as Speaker of the North Carolina House of Representatives

Intervenors - Appellees

---

O R D E R

---

Upon consideration of intervenors' unopposed motion for extension of time to file response briefs and to exceed the length limitations of Fed. R. App. P. 32(a)(7) and Local Rule 32(b), the court grants the motion. The court extends the time to file the response briefs to November 20, 2026, and grants leave to file response briefs not exceeding 15,000 words cumulatively (to be allocated as 10,000 words for intervenors and 5,000 words for appellees).

For the Court

/s/ Nwamaka Anowi, Clerk